IN THE UNITED STATES DISTRICT COURT OF COLORADO

08/17/20.

Plaintiff   Zacarias Moussaoui

Defendant   Joyce Ellen Rosendahl.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/04/2020
JEFFREY P. COLWELL, CLERK

Complain   Obstruction of Justice by Joyce Ellen Rosendahl To obstruct my Testimony against the Saudi Prince Turki Al Faisal Al Saud Saudi Princesse Haifa Al Faisal Al Saud Saudi Prince Naif bin Abdel Al Saud Saudi Prince Walid bin Talal Al Saud Saudi Prince Bindar bin Sultan Al Saud for being Al Qaeda 9/11 Mastermind Al Qaeda 9/11 Pay Master Al Qaeda 9/11 Master Sponsor

This District Court of Colorado Should knows that Joyce Ellen Rosendahl was a Saudi Plant Attorney to me from Day One. She was "Appointed" as my Attorney without my

knowledge whatsoever. The FBI and United States Attorney of the Eastern of Virginia had Attorney Joyce Ellen Rosendahl ~~comp~~ background check for the Special Administrative Measures (SAM) ~~and~~ completed and Joyce Ellen Rosendahl signs the SAM Affirmation without Me, Zacarias Moussaoui knowing her Name, knowing she existed, without Me, ZM, having talk to her about her being my Attorney of Record for the SAM.

I, Zacarias Moussaoui, Petition this District Court of Colorado to Order Joyce Ellen Rosendahl to produce an Affidavit Affirming ~~or~~ whether or Not She had talk, meet, discuss with ~~out~~ me, Zacarias Moussaoui before completing her ~~to~~ FBI background check and signing the SAM Affirmation. None of this happen because Fake Attorney Rosendahl was, is a Plant, A Saudi Plant



This District Court of Colorado will know that Attorney Rosendahl being Appointed as "My" SAM attorney of Record without Me, Zaccarias Moussaoui, Talk to her, or Requested she be my attorney was Not a Mistake from the FBI and the USA/EDVA. This District Court of Colorado who has Jurisdiction on Supermax and handle a lot of case with SAM inmate know that this is treated with the utmost Rigour, as a matter of National Security especially for Terrorism Inmate let alone 9/11. This Court know that the Normal process is that the SAM inmate submit through ADX a Request for the SAM Modification to have contact with the Potential Attorney. Then the FBI and USA/EDVA if they approved the attorney, serve you with a Notice of Modification of the SAM who specifically only allow to write to the specific Attorney a letter who will be

Treated as social letter and therefore be read and may be Rejected by the FBI and USA/EDVA, as my Request to have attorney William. W Muhr of Colorado Spring was contact was reject by the FBI & USA/EDVA. Then, If you and the attorney decide for the attorney to represent you, the attorney will sign the SAM affirmation and only then the attorney will have Attorney-client Privilege communication. None of this SAM Modification happen with Saudi Plant, Fake Attorney Rosendahl She was straight up Approved, Appointed by the FBI & USA/EDVA, the Miracle Grow Lawyer, a/k/a Joyce Ellen Rosendahl.

I, Zacarias Moussaoui, Petition this Court of Colorado to Order Joyce Ellen Rosendahl to Testify on her Obstruction of Justice against Zacarias Moussaoui to Protect the Saudis

In Fact, This District Court of Colorado. Should know that the Western District of Oklahoma District Court of District Judge Shon T Erwin put online a letter that I, ZM, sent to DJ Erwin. from Fake Attorney Rosendahl who explicitely stated that She, Rosendahl will not assist me to Testify against the Saudi, Royal 9/11 Co Conspirators. and She, Rosendahl, will not even the inform District Judge Brinkema of my 9/11. Conspiracy case that I had Actionable information for her Court and the Court of DJ Daniel in NY and his 9/11 Victim Families case to which I, ZM, succeeded in contacting directly and be Court deposed in 2014 by 9/11 Victim Attorney, Sean Carter, Andrew Maloney, Robert Haefele Even Kohlmann and Jerry Goldman & Fake Attorney Rosendahl demanded

that DJ Erwin took her unethical and incriminating letter of Non legal assistance off line. DJ Erwin has the original Attorney Rosendahl letter for which I, Zacarias Moussaoui, petition this District Court of Colorado to obtain a copy of Joyce Ellen Rosendahl that I, ZM, sent to DJ Erwin of the Western District of **Oklahoma**. I, Zacarias Moussaoui petition this Colorado Court to Order Joyce Ellen Rosendahl to produce all and any correspondance between her and Zacarias Moussaoui, Ramzi Yusuf, Abu Rachid (Mohamed O'Awali), Mohameed Salameh, Omar Farouk Al Muttalib, Abu Halima all these are ADX inmate at the time who also "Represented" by Fake Attorney Rosendahl and this Court should know that all the Terrorist "clients" and of Attorney Rosendahl are

4

currently pledging, threatening to kill me if I testify against the Saudi Royal 9/11 Co Conspirators.

I, Zacarias Moussaoui, petition this Court District to Order Ramzi Yusef, Mohamed Onwali (a/k/a Abu Rashid) Omar Farouk Al Muttalib (Nigerian Al Qaeda) Mohamed Salama (1st WTC Attack) Abu Halima (1st WTC Attack) to testify on collaboration with Joyce Ellen Rosendahl in Order To prevent Me, ZM, to testify against the Saudi Royal 9/11 Co Conspirators.

I, Zacarias Moussaoui, Petition this District Court to Call to Testify 9/11 Attorney for the Victim Families. Sean Carter of Cozen O'Connor Andrea Maloney of Kreindler & Kreindler Robert Haefele of Motley Rice Evan Kohlmann for Motley Rice

Jenny Goldman of Anderson Kill

I, ZM, petition this Colorado Court to conduct the Examination of this Witnesses Pro Se and by Remote Video Conference Camera because of the Covid-19.

I, Zacarias Moussaoui, Petition this District Court of Colorado to Order Saudi Prince Turki Al Faisal Al Saud (9/11 Non Indicted Co Conspirator, Mastermind, Pay Master, Master Sponsor) to testify about any Relation, collaboration direct or indirect He exerted To stop my testimony in collaboration with Joyce Ellen Rosendahl.

Slave of ALLAH

Zacarias Moussaoui

08/17/20.